United States District Court
Southern District of Texas
**ENTERED**
August 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VICTOR QUINTEROS,<br>*Plaintiff,*<br><br>V.<br><br>DANNY NGUYEN, DANNY NGUYEN COUTURE, AND HLOYAL MANAGEMENT & PR,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26cv5168 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 23, 2026 (Dkt. 9) and the objections thereto (Dkt. 12), the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Victor Quinteros' Motion for an Ex Parte Temporary Restraining Order and Preliminary Injunction (Dkt. 3) is **DENIED AS MOOT**.

**SIGNED** at Houston, Texas this 7th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE