United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VICTOR QUINTEROS,<br>*Plaintiff,*<br><br>V.<br><br>DANNY NGUYEN, DANNY NGUYEN COUTURE, AND HLOYAL MANAGEMENT & PR,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26cv5168 |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 22, 2026 (Dkt. 17) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff, Victor Quinteros' failure to timely comply with Court Orders directing him to properly serve Defendants and provide proof of service and to pay the filing fee or show that he is entitled to proceed without payment of fees.

**SIGNED** at Houston, Texas this 9th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE