United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VICTOR QUINTEROS,<br>*Plaintiff,* | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 4:26cv5168 |
| DANNY NGUYEN, DANNY NGUYEN COUTURE, AND HLOYAL MANAGEMENT & PR,<br>*Defendants* | §<br>§<br>§<br>§<br>§ | |

**FINAL JUDGMENT**

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims in this case are **DISMISSED WITHOUT PREJUDICE** in their entirety.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this 9th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE